UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN K. YOUNG,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>WELLS FARGO BANK, N.A.,  )<br>AS TRUSTEE FOR OPTION ONE  )<br>MORTGAGE LOAN TRUST, et al.,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 11-10757-LTS |

JUDGMENT

March 7, 2012

SOROKIN, M.J.

In accordance with the order on the Motion to Dismiss entered on Marcy 7, 2012, JUDGMENT FOR THE DEFENDANTS Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust and American Home Mortgage Servicing, Inc. and AGAINST PLAINTIFF Susan K. Young is hereby ORDERED AND ADJUDGED as to all counts of Plaintiff's Complaint. Each party shall bear its own costs.

                                                           /s / Leo T. Sorokin

                                      UNITED STATES MAGISTRATE JUDGE